# JacksonLewis

**Jackson Lewis P.C.**
44 South Broadway, 14th Floor
White Plains NY  10601
(914) 872-8060 Direct
(914) 946-1216 Fax

jacksonlewis.com

DIRECT DIAL:  (914) 872-6893
EMAIL ADDRESS:  REBECCA.MCCLOSKEY@JACKSONLEWIS.COM

September 9, 2020

**VIA ECF**
The Honorable Lorna G. Schofield
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  **Hedges v. Florida Tech, Inc.**
            **Case No. 20-cv-06086 (LGS)**

Dear Judge Schofield:

    This firm represents Defendant, Florida Tech, Inc., in connection with the above referenced matter.  This letter is written pursuant to Rule B (2) of Your Honor's Individual Practice Rules, to request an extension of the deadline for Defendant to answer, move or otherwise respond to the Complaint from September 17, 20209 through and including October 19, 2020, and the adjournment of the initial conference presently scheduled for October 15, 2020.

    Plaintiff's counsel consents to these requests.  These requests are made in light of our recent retention so that we will have sufficient time to review and analyze the allegations in this Complaint, speak with pertinent witnesses, review relevant documents, and determine an appropriate response.

    This is Defendant's first request for an extension of these deadlines. No other deadlines have been scheduled in this case.

    Thank you for your consideration of this request.

Application GRANTED.

Defendant shall file an answer to the complaint no later than, **October 19, 2020**.

The initial pre-trial conference scheduled for October 15, 2020, is **ADJOURNED** to **October 22, 2020, at 10:40 a.m.** The parties shall file their joint letter and proposed case management plan by **October 15, 2020**, as required by the Court's Individual Rules.

Dated: September 10, 2020
      New York, New York

Respectfully submitted,

JACKSON LEWIS P.C.

By:  */s/ Rebecca M. McCloskey*
      Rebecca M. McCloskey

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE